UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAXAI PHARMA. LTD, et al.,

    Plaintiffs,

v.                                                          Case No. 8:10-cv-2768-T-30AEP

UTA CAPITAL, LLC,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Amended Notice of Voluntary Dismissal With Prejudice (Dkt. #6). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on April 11, 2011.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-2768.dismiss 6.wpd